UNITED STATES COURT OF INTERNATIONAL TRADE

TARGET CORPORATION,

        Plaintiff,

v.

UNITED STATES,

        Defendant.

Court No. 10-00353

## ORDER

The court finds the legal argument of the various parties largely off point, some more than others. The court is interested in how title passed from the producers to the plaintiffs. Even if Commerce's written instructions do not conflict with the final results of the administrative review, its supplementary advice may.

Furthermore, appropriate documentation presented to Customs might or might not substantiate plaintiffs entitlement to the claimed rate of duties under Commerce's written instructions. The court also finds of interest that certain apparently Chinese entities seem to be listed as U.S. customers or importers entitled to separate rates.

The parties shall address these factual matters at the hearing on December 23, 2010.

/S/      Jane A. Restani
              Judge

Dated this 22nd day of December, 2010.
New York, New York.