UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. JANE A. RESTANI, JUDGE

| | | |
|---|---|---|
| TARGET CORPORATION, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Court No. 10- 00353 |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## ORDER AND PRELIMINARY INJUNCTION

Upon considering plaintiff's Application for Preliminary Injunction, defendant's

\response there to, and upon due deliberation, it is hereby:

ORDERED, that the Application be, and hereby is, granted; and it is further --

ORDERED, that defendant United States, together with the delegates, officers,

agents, servants and employees of the United States Department of Commerce and United States

Customs and Border Protection be, and hereby are, ENJOINED, during the pendency of this

litigation and any relevant appeals and remand determinations, from proceeding with liquidation

or reliquidation of Target Corporation's entries of *Certain Cased Pencils from the People's*

*Republic of China* mae during the period December 1, 2007 through November 30, 2008; and it

is further --

1

ORDERED, that this Order enjoining liquidation shall apply to entries of Target's

merchandise subject to the *Certain Cased Pencils from the People's Republic of China*

antidumping order, entered between December 1, 2007 andf November 30, 2008, that remain

unliquidated as of the day on which copies of this order are personally served by hand delivery

upon the following individuals and received by them or their delegates:


Alan Bersin
Commissioner, United States Customs and Border Protection
1300 Pennsylvania Avenue, N.W.
Washington, D.C. 20229

Steven C. Tosini
United States Department of Justice
Commercial Litigation Branch, Civil Division
1100 L Street, N.W., Room 1020
Washington, D.C. 20530

and it is further --

ORDERED, that Target shall file with the Clerk of the Court proof of service of

this Order upon the parties listed above no later than three days after receipt of a copy of this

Order -- and it is further --

ORDERED, that this injunction shall expire upon entry of a final and conclusive

court decision in this matter, including all appeals and remand proceedings.


New York, New York
December 2 3   , 2010

_/S/_____Jane A. Restani_____
Judge

2